Filed 10/29/24  In re Stewart CA5

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| In re | F088199 |
| DARRELL CEDRIC STEWART, | (Kern Super. Ct. No. BF133087A) |
| On Habeas Corpus. | **OPINION** |

## THE COURT\*

ORIGINAL PROCEEDINGS; petition for writ of habeas corpus.

Darrell Cedric Stewart, in pro. per., for Petitioner.

Rob Bonta, Attorney General, and Max Feinstat, Deputy Attorney General, for Respondent.

-ooOoo-

This petition seeks a belated appeal from a November 14, 2023 judgment rendered at a resentencing hearing held pursuant to Penal Code section 1172.6.  Petitioner asks this court to apply the constructive filing doctrine to permit such a belated filing.

In response to this court's request to file an informal response, the Attorney General states he does not oppose petitioner's requested relief.  Pursuant to the Attorney General's response, this court may grant relief without further proceedings.  (*People v. Romero* (1994) 8 Cal.4th 728, 740, fn. 7.)

---

\*        Before Poochigian, Acting P. J., Peña, J. and Snauffer, J.

We therefore grant petitioner's request to file a belated notice of appeal.

## **DISPOSITION**

Let a writ of habeas corpus issue directing the Clerk of the Superior Court of Kern County to file in its action No. BF133087A the notice of appeal received on May 1, 2024, to deem the notice timely filed, and to proceed with the preparation of the record on appeal in accordance with the applicable rules of the California Rules of Court.

This opinion is final forthwith as to this court.